UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **ANTHONY JEROME KINCHEN** | **DOCKET NO. 1:24-CV-00915 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **MARCUS MYERS ET AL,** | **MAG. JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 8), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that this civil action is **DISMISSED WITH PREJUDICE** under 28 U.S.C. §§ 1915A and 1915(e)(2).

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

**THUS DONE AND SIGNED** this 26th day of March, 2025, in Alexandria, Louisiana.

JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE